IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASKIA S. ASHANTI<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CALIFORNIA MEDICAL FACILITY, *et al.*,<br><br>　　　　　Defendants. | No. 2:06-cv-01304-JKS-DAD<br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  On February 8, 2008, the undersigned filed an order granting Plaintiff leave to file a second amended complaint within thirty days.  Plaintiff was cautioned that failure to do so would result in the dismissal of his federal claims, without prejudice, and remand of his state-law claims to the California Superior Court of Solano County.  Plaintiff has failed to file a second amended complaint.

　　　　Accordingly, IT IS HEREBY ORDERED THAT:

1.　　All federal claims raised in the Complaint are DISMISSED, in their entirety as to all Defendants, without prejudice, for failure to state a cause of action;

2.　　To the extent the Complaint raises issues of state law, the Court declines to exercise its supplemental jurisdiction and the case is remanded to the California Superior Court, Solano County; and

3.　　The Clerk of the Court to enter final judgment accordingly.

　　　　Dated:  March 28, 2008

　　　　　　　　　　　　　　　　　　　　　　　　s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge